Good morning, I represent Robert Doyle, the appellate. I think our briefs were rather thorough, and at least to my satisfaction addressed all of the issues, having reviewed the opening brief and obviously the reply brief as well. So my question is whether the Court has any questions, because otherwise I'd just be essentially reading from or reiterating the points in my brief, which I'm assuming the Court is familiar with the issues. So my question is, are there any questions? No. No questions. I have a question. Okay. I don't understand why the appeal was brought. I mean, your client controls whatever affidavit he submits to get admitted, and if it's not an affidavit that he likes, he doesn't need to submit it. So I don't understand why you're here. Well, it's not a question of whether he likes an affidavit. His due process concern is that because he has to submit an affidavit, if the affidavit is negative, then that somehow hurts him. But he controls who he gets an affidavit from, and he controls whether to submit it. And if he doesn't like an affidavit, he can go get another one, right? His fear of a negative affidavit, Judge, with all due respect, has nothing to do with this case. I'm rather perplexed. That was the explanation on what the perceived injury is. No. No, it wasn't that at all. What's the injury? Are you serious, Judge? No, with all due respect, I don't know what to say. You know what? I withdraw my question. You can sit down. Okay. Well, thank you. Thank you. Thank you very much, Judge. I see that you read the briefs thoroughly. Listen, you know, you are acting inappropriately. You are acting inappropriately. I'm in a state of shock. I'm sorry. Well, you are acting in a disrespectful and discourteous manner, and that's not appropriate. Good morning, Your Honors. Assistant United States Attorney Matthew Monteferi from the Eastern District of New York. On behalf of Defendant Apelli, the district court properly dismissed this action for failure to state a claim. And unless the court has any questions for us, we rest on our arguments set forth in our brief. All right. Thank you. We'll reserve decision. I had a rebuttal. You've waived it. Please. You've waived rebuttal. You've waived rebuttal. You've waived rebuttal. You're excused. Take this opportunity. You are excused. Take this gentleman out of the court. Right now. Thank you. Thank you. Sir, sir. Leave. Leave.